IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION, *et al.*,<br><br>  Defendants. | Civil Action No. 2:15-cv-998-JRG-JRP<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

### JOINT NOTICE OF AGREED MEDIATOR

Plaintiff Display Technologies LLC and Defendant Sony Computer Entertainment America, Inc. respectfully notify the Court that they have agreed upon the following mediator for this case:

Jeff Kaplan
JAMS
8401 N. Central Expressway
Suite 610
Dallas, TX 75225
214-891-4523 Phone
214-720-6010 Fax
Email: jkaplan@jamsadr.com

DATED October 3, 2015.  Respectfully submitted,

By: */s/ Neal G. Massand*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Telephone: 972-331-4600
Fax: 972-314-0900

**ATTORNEYS FOR PLAINTIFF DISPLAY TECHNOLOGIES LLC**

*/s/ Abran J. Kean*
Abran J. Kean
**Erise IP, P.A**.
5600 Greenwood Plaza Blvd.
 Suite 200
 Greenwood Village, CO 80111
Telephone: 913-777-5600
Fax: 913-777-5601

Melissa Smith
**Gillam &Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Fax: 903-934-9257

**ATTORNEYS FOR DEFENDANT SONY COMPUTER ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of October, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                           */s/ Neal G. Massand*
                                           Neal G. Massand