# IN IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION,** *et al.,*<br><br>Defendants. | **Civil Action No. 2:15-cv-998-JRG-JRP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF AGREED MEDIATOR

Plaintiff Display Technologies LLC and Defendant Valve Corporation respectfully notify the Court that they have agreed upon the following mediator for this case:

Karl Bayer
14900 Avery Range Blvd.
Suite C200
Austin, TX 78717
512-345-8537 Phone
Email: karl@karlbayer.com

DATED October 5, 2015.	Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com


**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Telephone: 972-331-4600
Fax: 972-314-0900

**ATTORNEYS FOR PLAINTIFF**
**DISPLAY TECHNOLOGIES LLC**

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Brian C. Nash*_____
Brian C. Nash
Texas State Bar No. 24051103
brian.nash@pillsburylaw.com
111 Congress Ave., Suite 400
Austin, Texas 78701
Tel: (512) 375-4929
Fax: (512) 375-4901

**COUNSEL FOR DEFENDANT**
**VALVE CORPORATION**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of October, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                */s/ Stevenson Moore*
                                                Stevenson Moore