# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | Case No. 2:15-cv-998-JRG-RSP |
| v. | § § | LEAD CASE |
| NVIDIA CORPORATION, et al. | § § § | |

## JOINT MOTION TO ENTER AGREED DOCKET CONTROL ORDER

Pursuant to the September 30, 2015 Scheduling Conference Order (Dkt. No. 20), in the above captioned Lead Case, Plaintiff Display Technologies, LLC and Defendants Samsung Electronics America, Inc., Sony Computer Entertainment America LLC, and Valve Corporation, have met and conferred and hereby request that the Court enter the attached Proposed Agreed Docket Control Order.

DATED October 14, 2015.

Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**DISPLAY TECHNOLOGIES, LLC**

*/s/ Abran James Kean*
Abran James Kean
**Erise, IP, PA - Colorado**
5600 Greenwood Plaza Blvd, Ste. 200
Greenwood Village, CO 80111
Telephone: (913)-777-5600
Fax: (913)-777-5601
Email: abran.kean@eriseip.com

Eric A Buresh
**Erise IP, PA - Overland Park**
6201 College Blvd, Ste. 300
Overland Park, KS 66211
Telephone: (913)-777-5600
Fax: 913-777-5601
Email: eric.buresh@eriseip.com

Melissa Richards Smith
**Gillam & Smith, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903)-934-8450
Fax: (903)-934-9257
Email: melissa@gillamsmithlaw.com

**ATTORNEYS FOR SONY COMPUTER ENTERTAINMENT AMERICA LLC**


Brian Christopher Nash
**Pillsbury Winthrop Shaw Pittman LLP**
111 Congress Ave., Ste. 400
Austin, TX 78701
Telephone: (512)-375-4929
Fax: (512)-479-6745
Email: brian.nash@pillsburylaw.com

**ATTORNEY FOR VALVE CORPORATION**

/s/ Ali R. Sharifahmadian
Matthew M Wolf
Ali R Sharifahmadian
Jin-Suk Park
Patrick C. Reidy
**Arnold & Porter, LLP**
601 Massachusetts Ave. NW
Washington, DC 20001-3743
Telephone: (202)-942-5000
Fax: (202)-942-5999
Email: matthew.wolf@aporter.com
Email: ali.sharifahmadian@aporter.com
Email: jin.park@aporter.com
Email: patrick.reidy@aporter.com

Maxwell C. Preston
**Arnold & Porter LLP**
399 Park Avenue
New York, NY 10022
Telephone: (212)-715-1000
Fax: (212)-715-1399
Email: maxwell.preston@aporter.com

Melissa Richards Smith
**Gillam & Smith, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903)-934-8450
Fax: (903)-934-9257
Email: melissa@gillamsmithlaw.com

**ATTORNEYS FOR SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing

system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Stevenson Moore*
Stevenson Moore
