IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**NVIDIA CORPORATION, *et al.*,**<br><br>  Defendants. | **Civil Action No. 2:15-cv-998-JRG-JRP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY DEADLINES

Plaintiff Display Technologies, LLC ("Plaintiff"), and Defendant Sony Computer Entertainment America LLC ("Defendant") have reached an agreement in principal that resolves all claims asserted between them in the above-entitled and numbered action. The parties expect to jointly file a dismissal with prejudice of all claims and a dismissal without prejudice of all counterclaims within 30 days.  Accordingly, Plaintiff and Defendant respectfully request the Court stay all deadlines between them for 30 days, up to and including November 20, 2015. Plaintiff and Defendant request this stay, not for the purposes of any delay, but so that they may finalize and file dismissal papers without incurring additional expenses.

DATED October 21, 2015.                    Respectfully submitted,

*/s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75251
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF, ROTHSCHILD LOCATION TECHNOLOGIES LLC**

*/s/ Abran J. Kean_____*
Abran J. Kean
**Erise IP, P.A**.
5600 Greenwood Plaza Blvd.
 Suite 200
 Greenwood Village, CO 80111
Telephone: 913-777-5600
Fax: 913-777-5601

Melissa Smith
**Gillam &Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Fax: 903-934-9257

**ATTORNEYS FOR DEFENDANT SONY COMPUTER ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

           /s/ *Stevenson Moore*___
           Stevenson Moore