**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, | Civil Action No. 2:15-CV-998-JRG-RSP<br><br>**LEAD CASE** |
| VALVE CORPORATION,<br><br>    Defendants. | Civil Action No. 2:15-cv-999-JRG-RSP |

## NOTICE OF COMPLIANCE REGARDING INITIAL AND ADDITIONAL DISCLOSURES

Defendant Valve Corporation ("Valve") hereby provides notice that on October 21, 2015 they served their Initial and Additional Disclosures via electronic mail to Plaintiff's counsel pursuant to the Court's Order [Dkt. 37].

Dated: October 22, 2015

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

/s/ Brian C. Nash
Brian C. Nash
Texas State Bar No. 24051103
brian.nash@pillsburylaw.com
111 Congress Ave., Suite 400
Austin, Texas 78701
Tel: (512) 375-4929
Fax: (512) 375-4901

*Counsel for Defendant
Valve Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 22, 2015.

/s/ Brian C. Nash
Brian C. Nash