**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **NVIDIA CORPORATION, *et al.*,** <br><br> Defendants. | **Civil Action No. 2:15-cv-998-JRG-JRP** |

**ORDER GRANTING JOINT MOTION TO STAY ALL PENDING DEADLINES**

CAME ON THIS DAY for consideration of the Joint Motion to Stay All Pending Deadlines between Plaintiff, Display Technologies, LLC, and Defendant Sony Computer Entertainment America LLC and the Court, being of the opinion that said motion should be GRANTED, hereby:

ORDERS that all deadlines between Display Technologies, LLC and Defendant Sony Computer Entertainment America LLC are stayed 30 days, up to and including November 20, 2015. If the parties do not file dismissal papers by November 23, 2015, counsel for the parties should appear before the Court for a statuts conference on December 2, 2015 at 9:00 a.m.

SIGNED this 3rd day of November, 2015.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE