IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NVIDIA CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 2:15-cv-998-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE REGARDING
INITIAL AND ADDITIONAL DISCLOSURES**

Defendant Samsung Electronics America, Inc. hereby provides notice that on November 4, 2015 it served its Initial and Additional Disclosures via electronic mail to Plaintiffs' counsel.

1

Dated: November 4, 2015                                      Respectfully submitted,


*/s/Matthew M. Wolf*
Matthew M. Wolf
(District of Columbia Bar No. 454323)
matthew.wolf@aporter.com
Ali R. Sharifahmadian
(District of Columbia Bar No. 480876)
ali.sharifahmadian@aporter.com
Jin-Suk Park
(District of Columbia Bar No. 484378)
jin.park@aporter.com
Patrick C. Reidy
(District of Columbia Bar No. 1026898)
patrick.reidy@aporter.com
**Arnold & Porter LLP**
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Maxwell Preston
(New York State Bar No. 4806162)
maxwell.preston@aporter.com
**Arnold & Porter LLP**
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

Melissa Richards Smith
**Gillam & Smith, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903)-934-8450
Fax: (903)-934-9257
Email: melissa@gillamsmithlaw.com

*ATTORNEYS FOR SAMSUNG ELECTRONICS AMERICA, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

>	*/s/ Melissa Smith*
>	Melissa R. Smith