IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NVIDIA CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 2:15-cv-998-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Pursuant to the Docket Control Order (Dkt. No. 37) in the above captioned Lead Case, Plaintiff Display Technologies, LLC and Defendants Samsung Electronics America, Inc., and Valve Corporation (together, the "Parties"), have met and conferred and come to an agreement regarding a Proposed Protective Order to be entered in this case.[1]

Accordingly, the Parties respectfully request that the Court enter the attached Proposed Protective Order attached hereto as Exhibit A.

November 4, 2015

Respectfully submitted,

*/s/Ali R. Sharifahmadian*
Ali R. Sharifahmadian
(District of Columbia Bar No. 480876)
ali.sharifahmadian@aporter.com
Matthew M. Wolf
(District of Columbia Bar No. 454323)
matthew.wolf@aporter.com
Jin-Suk Park
(District of Columbia Bar No. 484378)

---

[1] On October 21st, the Parties jointly moved for an extension of time to November 4, 2015 to submit a proposed Protective Order (Dkt. No. 39).

-1-

jin.park@aporter.com
Patrick C. Reidy
(District of Columbia Bar No. 1026898)
patrick.reidy@aporter.com
**Arnold & Porter LLP**
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Maxwell Preston
(New York State Bar No. 4806162)
maxwell.preston@aporter.com
**Arnold & Porter LLP**
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

Melissa Richards Smith
**Gillam & Smith, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903)-934-8450
Fax: (903)-934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant and Counterclaim-Plaintiff Samsung Electronics America, Inc.*

*/s/ Brian Christopher Nash*
Brian Christopher Nash
**Pillsbury Winthrop Shaw Pittman LLP**
111 Congress Ave., Ste. 400
Austin, TX 78701
Telephone: (512)-375-4929
Fax: (512)-479-6745
Email: brian.nash@pillsburylaw.com

**ATTORNEY FOR VALVE CORPORATION**

*/s/ Neal G. Massand*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com

-3-

        Timothy T. Wang
        Texas Bar No. 24067927
        twang@nilawfirm.com
        Neal G. Massand
        Texas Bar No. 24039038
        nmassand@nilawfirm.com
        Stevenson Moore V
        Texas Bar No. 24076573
        smoore@nilawfirm.com

        **Ni, Wang & Massand, PLLC**
        8140 Walnut Hill Ln., Ste. 500
        Dallas, TX 75231
        Tel: (972) 331-4600
        Fax: (972) 314-0900

        **ATTORNEYS FOR PLAINTIFF**
        **DISPLAY TECHNOLOGIES, LLC**

## CERTIFICATE OF CONFERENCE

Counsel for the Parties have conferred regarding the Proposed Protective Order, and the parties agree with this filing.

> */s/Ali R. Sharifahmadian*
> Ali R. Sharifahmadian

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon counsel of record via the Court's CM/ECF system per Local Civil Rule CV-5(a)(3) on November 4, 2015.

> */s/Ali R. Sharifahmadian*
> Ali R. Sharifahmadian