IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**NVIDIA CORPORATION, *et al.*,**<br><br>    Defendants. | Civil Action No. 2:15-cv-998-JRG-JRP<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS DEFENDANT

Plaintiff Display Technologies, LLC ("Plaintiff"), and Defendant Sony Computer Entertainment America LLC ("Defendant") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing Plaintiff's claims in this action against Defendant WITH PREJUDICE, and dismissing Defendant's counterclaims WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

DATED November 13, 2015.                    Respectfully submitted,

*/s/ Neal Massand*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75251
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**

*/s/ Abran J. Kean*_____
Abran J. Kean
**Erise IP, P.A**.
5600 Greenwood Plaza Blvd.
Suite 200
Greenwood Village, CO 80111
Telephone: 913-777-5600
Fax: 913-777-5601
Melissa R. Smith
**Gillam &Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Fax: 903-934-9257

**ATTORNEYS FOR DEFENDANT
SONY COMPUTER
ENTERTAINMENT AMERICA LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Neal Massand*___
Neal Massand