UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civ. Action No. 2:15-cv-00998-JRG-RSP ) (Lead Case) ) |
| NVIDIA CORPORATION, | ) ) |
| *Defendant*. | ) **JURY TRIAL DEMANDED** ) ) |

## NOTICE OF COMPLIANCE REGARDING SAMSUNG'S INVALIDITY CONTENTIONS AND DOCUMENT PRODUCTION

Defendant Samsung Electronics America, Inc. ("SEA") hereby provides notice that on November 20, 2015 it served its Invalidity Contentions and document production via electronic mail to Plaintiff's counsel pursuant to the Court's Docket Control Order (Dkt. No. 037) and Local Patent Rules 3-3 and 3-4.

|  |  |
|---|---|
| November 20, 2015 | Respectfully submitted,<br><br>*/s/ Maxwell C. Preston*<br>Maxwell C. Preston<br>(New York State Bar No. 4806162)<br>maxwell.preston@aporter.com<br>**Arnold & Porter LLP**<br>399 Park Avenue<br>New York, NY 10022-4690<br>Telephone: (212) 715-1000<br>Facsimile: (212) 715-1399<br><br>Matthew M. Wolf<br>(District of Columbia Bar No. 454323)<br>matthew.wolf@aporter.com<br>Ali R. Sharifahmadian<br>(District of Columbia Bar No. 480876)<br>ali.sharifahmadian@aporter.com<br>Jin-Suk Park<br>(District of Columbia Bar No. 484378)<br>jin.park@aporter.com<br>Patrick C. Reidy<br>(District of Columbia Bar No. 1026898)<br>patrick.reidy@aporter.com<br>**Arnold & Porter LLP**<br>555 12th Street, NW<br>Washington, DC  20004<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5555<br><br>and<br><br>Melissa Richards Smith<br>**Gillam & Smith, LLP**<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903)-934-8450<br>Fax: (903)-934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>***Counsel for Defendant and Counterclaim-Plaintiff Samsung Electronics America, Inc.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(a)(3) on November 20, 2015.

*/s/ Maxwell C. Preston*
Maxwell C. Preston