IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, | Civil Action No. 2:15-CV-998-JRG-RSP<br><br>**LEAD CASE** |
| VALVE CORPORATION,<br><br>Defendants. | Civil Action No. 2:15-cv-999-JRG-RSP |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff, Display Technologies, LLC and Defendant Valve Corporation (collectively "The Parties") hereby submit this motion and provide notice to the Court pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court. The Parties have reached a settlement in principle of this matter. Specifically, all matters in controversy between the Parties have settled in principle.

In furtherance of the Parties' agreement, the Parties jointly move the Court for a temporary stay of all pending deadlines as to Display and Valve in the Court's Docket Control Order (Dkt. No. 37) for a period of thirty (30) days so that appropriate dismissal papers may be submitted.

| | |
|---|---|
| Dated:  December 4, 2015 | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br><br>/s/ Edward A. Cavazos<br>Edward A. Cavazos<br>Texas State Bar No. 00787223<br>ed.cavazos@pillsburylaw.com<br>Brian C. Nash<br>Texas State Bar No. 24051103<br>brian.nash@pillsburylaw.com<br>401 Congress Ave., Suite 1700<br>Austin, Texas 78701<br>Tel:  (512) 580-9608<br>Fax:  (512) 580-9601<br><br>**ATTORNEY FOR  DEFENDANT VALVE CORPORATION**<br><br>*/s/ Neal G. Massand*<br>Hao Ni<br>Texas Bar No. 24047205<br>hni@nilawfirm.com<br>Timothy T. Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br>Neal G. Massand<br>Texas Bar No. 24039038<br>nmassand@nilawfirm.com<br>Stevenson Moore V<br>Texas Bar No. 24076573<br>smoore@nilawfirm.com<br>**Ni, Wang & Massand, PLLC**<br>8140 Walnut Hill Ln., Ste. 500<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>**ATTORNEYS FOR PLAINTIFF DISPLAY TECHNOLOGIES, LLC** |

## CERTIFICATE OF CONFERENCE

I hereby certify that this I have been authorized by counsel for Plaintiff to add their signature and make this joint filing.

                                                    */s/ Edward A. Cavazos*
                                                    Edward A. Cavazos

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 4, 2015.

                                                    */s/ Edward A. Cavazos*
                                                    Edward A. Cavazos