IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>NVIDIA CORPORATION, *et al.*,<br><br>      Defendants. | Civil Action No. 2:15-cv-998-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE REGARDING PATENT RULE 4-1 DISCLOSURES

Defendant Samsung Electronics America, Inc. ("Samsung") hereby notifies the Court that on December 21, 2015, Samsung served its Patent Rule 4-1 disclosures on Plaintiff's counsel of record via electronic mail in accordance with the Docket Control Order [Dkt. 37].

December 21, 2015

Respectfully submitted,

*/s/Ali R. Sharifahmadian*
Ali R. Sharifahmadian
(District of Columbia Bar No. 480876)
ali.sharifahmadian@aporter.com
Matthew M. Wolf
(District of Columbia Bar No. 454323)
matthew.wolf@aporter.com
Jin-Suk Park
(District of Columbia Bar No. 484378)
jin.park@aporter.com
Patrick C. Reidy
(District of Columbia Bar No. 1026898)
patrick.reidy@aporter.com
**Arnold & Porter LLP**
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

-2-

        Maxwell C. Preston
        (New York State Bar No. 4806162)
        maxwell.preston@aporter.com
        **Arnold & Porter LLP**
        399 Park Avenue
        New York, NY 10022-4690
        Telephone: (212) 715-1000
        Facsimile: (212) 715-1399

        Melissa Richards Smith
        **Gillam & Smith, LLP**
        303 S. Washington Ave.
        Marshall, TX 75670
        Telephone: (903)-934-8450
        Fax: (903)-934-9257
        Email: melissa@gillamsmithlaw.com

        *Counsel for Defendant and Counterclaim-Plaintiff Samsung Electronics America, Inc.*

Case 2:15-cv-00998-JRG-RSP   Document 52   Filed 12/21/15   Page 2 of 3 PageID #:  255

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon counsel of record via the Court's CM/ECF system per Local Civil Rule CV-5(a)(3) on December 21, 2015.

/s/Ali R. Sharifahmadian
Ali R. Sharifahmadian