**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**NVIDIA CORPORATION,**<br><br>    Defendant. | **Civil Action No. 2:15-cv-998**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Display Technologies, LLC ("Plaintiff") and Defendant Valve Corporation ("Defendant") file this Joint Motion to Dismiss Without Prejudice under Fed. R. Civ. P. 41(a) and (c). The parties have been and are actively negotiating a settlement agreement. While a settlement agreement has not yet been fully executed, the parties are close to having an agreement finalized and wish to dismiss this case without prejudice at this time. In light of this, Plaintiffs and Defendant jointly move that this Court enter an order:

1. dismissing all of Plaintiffs' claims against Defendant without prejudice, and all of Defendant's counterclaims against Plaintiffs without prejudice;

2. with each party to bear their own attorneys' fees and costs incurred in connection with this action;

3. reserving the right of the parties to move for an order dismissing all of Plaintiffs' claims against Defendant with prejudice once the settlement agreement is executed by all parties; and

DATED January 13, 2016.                    Respectfully submitted,

By: \s\ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900


**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**

/s/ Brian C. Nash
Brian C. Nash
Texas State Bar No. 24051103
brian.nash@pillsburylaw.com
111 Congress Ave., Suite 400
Austin, Texas 78701
Tel:  (512) 375-4929
Fax:  (512) 375-4901

*Counsel for Defendant
Valve Corporation*


## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system

sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Stevenson Moore*
Stevenson Moore
