# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant. | Civil Action No. 2:15-cv-998 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In light of the Joint Motion to Dismiss filed by Plaintiff, Display Technologies, LLC ("Plaintiff") and Defendant Valve Corporation ("Defendant"), the Court HEREBY ORDERS as follows:

    1.    Plaintiff's claims against Defendant are hereby dismissed without prejudice.

    2.    Defendant's counterclaims against Plaintiffs are hereby dismissed without prejudice.

    3.    Plaintiff and Defendant shall each bear their own attorneys' fees and costs incurred in connection with this action.

    4.    Plaintiff and Defendant shall move for an order dismissing all of Plaintiff's claims against Defendant with prejudice and Defendant's counterclaim for invalidity without prejudice and for non-infringement with prejudice once the settlement agreement is executed by all parties.

**SIGNED this 14th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE