THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, *et al.*,<br><br>    Defendant. | Civil Action No. 2:15-cv-998-JRG-JRP<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO VACATE

  Plaintiff Display Technologies, LLC ("Plaintiff") and Defendants C&A IP Holdings, LLC Ricoh Americas Corporation ("Defendants") (collectively, "the parties") hereby respectfully request this Court to vacate the Order of Consolidation (Dkt. No. 59) as all other consolidated defendants in this case have now settled or have reached an agreement to settle in principle and only Defendants. No activity has occurred yet between the parties. Accordingly, Plaintiff and Defendant respectfully request the Court to vacate the consolidation order and set the parties for the upcoming February 22, 2016 initial scheduling conference in order to get a new *Markman* and trial date.

1

DATED February 12, 2016.　　　　　Respectfully submitted,

By: */s/ Neal G. Massand*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. (Gibbens) McCool
Texas Bar No. 24082185
kgibbens@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**


*/s/ Russell E. Levine, P.C.*
Russell E. Levine, P.C. (*admitted pro hac vice*)
russell.levine@kirkland.com

**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-7425
Fax: (312) 862-2200

**COUNSEL FOR DEFENDANT
C&A IP HOLDINGS, LLC**

*/s/ Matthew C. Gaudet*
Matthew C. Gaudet
(Georgia Bar No. 287789)
John R. Gibson
(Georgia Bar No. 454507)
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia  30309-3929
Office:  (404) 253-6900
E-mail:  mcgaudet@duanemorris.com
E-mail:  jrgibson@duanemorris.com

***ATTORNEYS FOR DEFENDANT***
***RICOH AMERICAS CORPORATION***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Neal G. Massand*___
Krystal L. McCool