THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| Plaintiff, | Civil Action No. 2:15-cv-998-JRG-JRP |
| v. | **CONSOLIDATED LEAD CASE** |
| **NVIDIA CORPORATION,** *et al.*, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## AMENDED JOINT MOTION TO VACATE

Plaintiff Display Technologies, LLC ("Plaintiff") and Defendants C&A IP Holdings, LLC and Ricoh Americas Corporation ("Defendants") (collectively, "the parties") hereby respectfully request this Court to vacate the Order of Consolidation (Dkt. No. 59) as all other consolidated defendants in this case have now settled or have reached an agreement to settle in principle and C&A IP Holdings, LLC and Ricoh Americas Corporation are the only remaining defendants. Before the Order of Consolidation (Dkt. No. 59), the C&A IP Holdings, LLC case (2:15-cv-01633-JRG-RSP) and the Ricoh Americas Corporation case (2:15-cv-01631-JRG-RSP) were at the pleading stage and had not been scheduled for an initial scheduling conference. The controlling case schedule in the consolidated lead case (2:15-cv-00998-JRG-RSP, Dkt. No. 60, Amended Docket Control Order) has already progressed to a deadline of February 25, 2016 for submitting the Joint Claim Construction Statement under P.R. 4-3.

Accordingly, as the defendants in the earlier-filed cases have settled or have reached an agreement to settle in principle, Plaintiff and Defendants respectfully request the Court to vacate the Order of Consolidation (Dkt. No. 59), set the parties for the upcoming February 22, 2016 initial scheduling conference in order to get a new *Markman* and trial date, and, to the extent the

Court believes that it is necessary, consolidate the C&A IP Holdings, LLC and Ricoh Americas Corporation cases.

DATED February 16, 2016	Respectfully submitted,

By: */s/ Krystal L. McCool*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. (Gibbens) McCool
Texas Bar No. 24082185
kgibbens@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

***ATTORNEYS FOR PLAINTIFF***
***DISPLAY TECHNOLOGIES, LLC***

*/s/ Russell E. Levine, P.C.*
Russell E. Levine, P.C.
(Illinois Bar No. 6193834)
russell.levine@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-7425
Fax: (312) 862-2200

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com


*COUNSEL FOR DEFENDANT*
*C&A IP HOLDINGS, LLC*

*/s/ Matthew C. Gaudet*
Matthew C. Gaudet
(Georgia Bar No. 287789)
John R. Gibson
(Georgia Bar No. 454507)
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Office: (404) 253-6900
E-mail: mcgaudet@duanemorris.com
E-mail: jrgibson@duanemorris.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com


*ATTORNEYS FOR DEFENDANT*
*RICOH AMERICAS CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Melissa R. Smith*
Melissa R. Smith