## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION, *et al.,***<br><br>Defendant. | **Civil Action No. 2:15-cv-998-JRG-JRP**<br><br>**CONSOLIDATED LEAD CASE** |

### ORDER GRANTING MOTION TO DISMISS

In light of the Motion to Dismiss filed by Plaintiff Display Technologies, LLC ("Display"), the Court HEREBY ORDERS as follows:

1.     Display's claims against JK Imaging Ltd. are hereby dismissed WITH PREJUDICE.

2.     Display and JK Imaging Ltd. shall each bear their own attorneys' fees and costs incurred in connection with this action.

**SIGNED this 9th day of March, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE