**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>        Plaintiff,<br><br>    v.<br><br>**NVIDIA CORPORATION,** *et al.,*<br><br>        Defendants. | **Civil Action No. 2:15-cv-998-JRG-JRP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND DISMISSAL

Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant Valve Corporation ("Defendant"), pursuant to Fed. R. Civ. P. 41(a) and (c), hereby move for an order dismissing Plaintiff's claims in this action WITH PREJUDICE and stating that Defendant's counterclaims remain dismissed WITHOUT PREJUDICE subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated January 11, 2016, with each party to bear its own costs, expenses and attorneys' fees and with this Court retaining jurisdiction over this matter for enforcement of the settlement agreement in force between the parties.

DATED March 9, 2016.                    Respectfully submitted,

                                        */s/ Neal Massand*
                                        Hao Ni
                                        Texas Bar No. 24047205
                                        hni@nilawfirm.com
                                        Timothy T. Wang
                                        Texas Bar No. 24067927
                                        twang@nilawfirm.com
                                        Neal G. Massand
                                        Texas Bar No. 24039038
                                        nmassand@nilawfirm.com
                                        Stevenson Moore V
                                        Texas Bar No. 24076573
                                        smoore@nilawfirm.com
                                        Krystal L. Gibbens
                                        Texas Bar No. 24082185
                                        kgibbens@nilawfirm.com

                                        **Ni, Wang & Massand, PLLC**
                                        8140 Walnut Hill Ln., Ste. 500
                                        Dallas, TX 75251
                                        Tel: (972) 331-4600
                                        Fax: (972) 314-0900

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **DISPLAY TECHNOLOGIES, LLC**


                                        **PILLSBURY WINTHROP SHAW**
                                        **PITTMAN LLP**

                                        */s/ Brian C. Nash_____*

                                        Brian C. Nash
                                        Texas State Bar No. 24051103
                                        brian.nash@pillsburylaw.com
                                        111 Congress Ave., Suite 400
                                        Austin, Texas 78701
                                        Tel: (512) 375-4929
                                        Fax: (512) 375-4901

                                        **COUNSEL FOR DEFENDANT**
                                        **VALVE CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of March, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Neal Massand*
Neal Massand