IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION,** *et al.,*<br><br>Defendants. | Civil Action No. 2:15-cv-998-JRG-JRP<br><br>**CONSOLIDATED LEAD CASE** |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant Valve Corporation's ("Defendant"), Joint Motion to Amend Dismissal.

The Court, having considered the Parties' Motion, finds that the motion should be **GRANTED**

- **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action are dismissed with prejudice subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" dated January 11, 2016.  Defendant's counterclaims remain dismissed without prejudice.

- **IT IS FURTHER ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them and that this Court retains jurisdiction over this matter for enforcement of the settlement agreement in force between the parties.

**SIGNED** this 14th day of March, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE