## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| Plaintiff, | Civil Action No. 2:15-cv-998-JRG-JRP |
| v. | **CONSOLIDATED LEAD CASE** |
| **NVIDIA CORPORATION,** *et al.,* | **JURY TRIAL DEMANDED** |
| Defendants. | |

## JOINT MOTION TO DISMISS

Plaintiff Display Technologies, LLC ("Plaintiff"), and Defendant Samsung Electronics America, Inc. ("Defendant") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing Plaintiff's claims in this action against Defendant WITH PREJUDICE and Defendant's counterclaims in this action against Plaintiff WITHOUT PREJUDICE with each party to bear its own costs, expenses, and attorneys' fees.

DATED March 16, 2016.                    Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kgibbens@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**


*/s/ Ali R. Sharifahmadian*
Matthew M. Wolf
(District of Columbia Bar No. 454323)
matthew.wolf@aporter.com
Ali R. Sharifahmadian
(District of Columbia Bar No. 480876)
ali.sharifahmadian@aporter.com
Jin-Suk Park
(District of Columbia Bar No. 484378)
jin.park@aporter.com
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

>Maxwell Preston
>(New York State Bar No. 4806162)
>maxwell.preston@aporter.com
>Arnold & Porter LLP
>399 Park Avenue
>New York, NY 10022-4690
>Telephone: (212) 715-1000
>Facsimile: (212) 715-1399
>
>**COUNSEL FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>*/s/ Stevenson Moore*___
>Stevenson Moore