IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>                    Plaintiff,<br><br>            v.<br><br>**NVIDIA CORPORATION, *et al.*,**<br><br>                    Defendants. | **Civil Action No. 2:15-cv-998-JRG-JRP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Display Technologies, LLC ("Display") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant NVIDIA Corporation ("Defendant") on the ground that Defendant failed to appear or otherwise respond to Display's Complaint within the time prescribed by the Federal Rules of Civil Procedure. Display served its Complaint and Summons in this matter upon Defendant on June 19, 2015, as evidenced by the Return of Service Executed on file with this Court (Dkt. No. 13).

The above stated facts are set forth in the accompanying Affidavit of Krystal L. McCool filed herewith.

DATED April 21, 2016.   Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**DISPLAY TECHNOLOGIES, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Stevenson Moore*
Stevenson Moore