**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No. 2:15-cv-998** |
| **NVIDIA CORPORATION,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

On or about June 19, 2015, Plaintiff Display Technologies, LLC ("Display") served a Summons and Amended Complaint on Defendant NVIDIA Corporation ("NVIDIA") in this action.  (Dkt. 13.)  On April 21, 2016, Display filed a motion for the entry of default against NVIDIA.  (Dkt. 82.)  On April 21, 2016, the Clerk of this Court entered NVIDIA's default. (Dkt. 83.)

NVIDIA's failure to answer or otherwise respond to Display's Amended Complaint was inadvertent, and NVIDIA believes that it has meritorious defenses to the claims set forth in the Amended Complaint.  Although this action was previously consolidated with other actions filed by Display relating to the same asserted patent, all of those other consolidated actions have now been dismissed.  Display, therefore, will not be prejudiced if the entry of NVIDIA's default is set aside.

Accordingly, NVIDIA and Display respectfully request that the Court set aside the entry of NVIDIA's default and that NVIDIA be given until May 31, 2016 to answer or otherwise respond to Display's Amended Complaint.

Dated:  April 28, 2016

Respectfully submitted,

/s/ J. Mark Mann

/s/ Neal G. Massand

David Eiseman
davideiseman@quinnemanuel.com
Derek Tang
derektang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
Tel: 903-657-8540
Fax: 903-657-6003

*Attorneys for Defendant NVIDIA
Corporation*

Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No.: 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No.: 24039038
Nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No.: 24076573
smoore@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: 972-331-4600
Fax: 972-314-0900

*Attorneys for Plaintiff Display
Technologies, LLC*