# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **NVIDIA CORPORATION** <br><br> Defendant. | Civil Action No. 2:15-cv-998 |

## ORDER GRANTING JOINT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

Before the Court is the parties' Joint Motion to Set Aside Clerk's Entry of Default. Having considered the motion, the Court finds that it should be, and is hereby, **GRANTED**. The Clerk's Entry of Default (Dkt. 83) is set aside. Defendant NVIDIA Corporation shall have until and including May 31, 2016 to answer or otherwise respond to Plaintiff Display Technologies, LLC's Amended Complaint (Dkt. 9).

**SIGNED this 13th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE