IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>        Plaintiff,<br>  v.<br><br>**NVIDIA CORPORATION,**<br><br>        Defendant. | Civil Action No. 2:15-cv-998<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SETTLEMENT AND**
**UNOPPOSED MOTION TO STAY ALL DEADLINES**

    Defendant NVIDIA Corporation notifies the Court that it and Plaintiff Display Technologies, LLC have reached an agreement in principle that will resolve all pending claims between them. Accordingly, NVIDIA Corporation moves for a stay of all pending deadlines among them until and including July 14, 2016 so that the parties may formally finalize the terms of their agreement and submit dismissal papers accordingly. This stay is not sought for the purpose of delay but so that justice may be served.

Dated:  June 14, 2016

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

By: _____*/s/ J. Mark Mann*_____
   **J. Mark Mann**
   State Bar No. 12926150
   Mark@TheMannFirm.com
   **G. Blake Thompson**
   State Bar No. 24042033
   Blake@TheMannFirm.com

**ATTORNEYS FOR NVIDIA CORPORATION**

### CERTIFICATE OF CONFERENCE

The undersigned counsel for Defendant, NVIDIA Corporation certifies that he met and conferred with counsel for Plaintiff on June 14, 2016 and that Plaintiff's Counsel agrees with this motion.

_____*/s/ J. Mark Mann*_____
**J. Mark Mann**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 14th day of June, 2016.

_____*/s/ J. Mark Mann*_____
**J. Mark Mann**