THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION,** *et al.*,<br><br>Defendants. | Civil Action No. 2:15-cv-998-JRG-JRP<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION TO DISMISS

Plaintiff Display Technologies, LLC ("Plaintiff"), and Defendant NVIDIA Corporation ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

DATED July 14, 2016.                    Respectfully submitted,

By: */s/ Neal Massand*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
DISPLAY TECHNOLOGIES, LLC**


By: */s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, TX 75652
Tel: (903) 657- 8540
Fax: (903) 657- 6003

**ATTORNEYS FOR DEFENDANT
NVIDIA CORPORATION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of July, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                         */s/ Neal Massand*
                                          Neal Massand