THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>                    Plaintiff,<br><br>             v.<br><br>**NVIDIA CORPORATION, *et al.*,**<br><br>                    Defendants. | Civil Action No. 2:15-cv-998-JRG-JRP<br><br>CONSOLIDATED LEAD CASE |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant NVIDIA Corporation ("Defendant") (collectively, the "Parties"), Joint Motion to Dismiss (the "Motion").

The Court, having considered the Parties' Motion, finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims in this action against Defendant are dismissed WITH prejudice.

IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and all attorneys' fees.

SIGNED this 21st day of July, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE